## IN THE UNITED STATES DISTRICT COURT FOR
## THE EASTERN DISTRICT OF TENNESSEE
## KNOXVILLE DIVISION

| | | |
|---|---|---|
| PINNACLE NATIONAL BANK, | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | No. 3:10-CV-520 |
| v. | ) | Judge Varlan/Guyton |
| | ) | |
| ARCH SPECIALITY INSURANCE COMPANY | ) | JURY DEMAND |
| and ARCH INSURANCE GROUP, INC. | ) | |
| | ) | |
| **Defendants.** | ) | |

## NOTICE OF LIMITED APPEARANCE

The firm of Leitner, Williams, Dooley & Napolitan, PLLC, 180 Market Place Boulevard, Knoxville, Tennessee 37922, now respectfully gives notice of its limited and special appearance on behalf of the Defendants, Arch Specialty Insurance Company and Arch Insurance Group, Inc., in the above-styled action.

By filing this Notice of Limited Appearance of counsel, the Defendants, Arch Specialty Insurance Company and Arch Insurance Group, Inc., do not hereby waive any defenses pursuant to Fed. R. Civ. P. 12(b)(6), and do not at this time consent to jurisdiction. Further, the Defendants do not hereby waive their right to trial by jury.

Respectfully Submitted,


**LEITNER, WILLIAMS, DOOLEY,**
  **& NAPOLITAN, PLLC**

**By:**     /s/ Reid D. Leitner
         **Reid D. Leitner, Esq.**
         BPRN: 16187
         414 Union Street, Suite 1900
         Nashville, Tennessee 37219-1782
         (615) 255-7722
         reid.leitner@leitnerfirm.com

         /s/ Joshua A. Wolfe
         **Joshua A. Wolfe, Esq.**
         BPRN: 23101
         180 Market Place Blvd.
         Knoxville, TN 37922
         (865) 342-4909
         joshua.wolfe@leitnerfirm.com

         Attorneys for Defendants

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing document has been forwarded by electronic means via the Court's electronic filing system to all parties and counsel of record, including:

Thomas H. Dickeson, Esq.
W. Michael Baisley, Esq.
HODGES, DOUGHTY & CARSON PLLC
617 W. Main Street
Knoxville, Tennessee 37902

This the 3rd day of December, 2011.

By:     s/ Joshua A. Wolfe
        Joshua A. Wolfe