IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| PINNACLE NATIONAL BANK, | ) | |
| | ) | |
| *Plaintiff*, | ) | |
| | ) | |
| v. | ) | Docket No. 3:10-CV-520 |
| | ) | Judge Varlan / Guyton |
| ARCH SPECIALTY INSURANCE COMPANY | ) | |
| and ARCH INSURANCE GROUP, INC., | ) | |
| | ) | |
| *Defendants*. | ) | |

## ORDER OF VOLUNTARY DISMISSAL

The Plaintiff, Pinnacle National Bank, has filed a motion pursuant to Fed. R. Civ. P. 41(a)(2) for voluntary dismissal without prejudice of its claims against the Defendants, Arch Specialty Insurance Company and Arch Insurance Group, Inc.

Good cause appearing, the motion for voluntary dismissal is hereby GRANTED pursuant to Fed. R. Civ. P. 41(a)(2).

ENTERED:


s/ Thomas A. Varlan
UNITED STATES DISTRICT JUDGE

APPROVED FOR ENTRY:

By: /s/ W. Michael Baisley
    THOMAS H. DICKENSON (BPR # 006844)
    W. MICHAEL BAISLEY (BPR # 024304)
    *Attorneys for Plaintiff*
    Hodges, Doughty and Carson, PLLC
    617 W. Main Street
    Knoxville, TN 37902
    Tel: (865) 292-2307
    Fax: (865) 292-2231